38 So.2d 197

**Richard Clyde CLANTON v. STATE.**
**3 Div. 888.**

Court of Appeals of Alabama.
Nov. 23, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

39 So.2d 55

**Floyd COATS v. STATE.**
**8 Div. 675.**

Court of Appeals of Alabama.
Jan. 11, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

42 So.2d 845

**Hison Velon COBB v. STATE.**
**1 Div. 594.**

Court of Appeals of Alabama.
Nov. 22, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

38 So.2d 198

**James COBB v. STATE.**
**5 Div. 240.**

Court of Appeals of Alabama.
Nov. 23, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

41 So.2d 916

**COCA COLA BOTTLING CO. OF MOBILE v. C. L. SHIRLEY.**
**1 Div. 592.**

Court of Appeals of Alabama.
June 4, 1949.

Walter Mitchell, Jr., of Mobile, for appellant.
J. Terry Reynolds, Jr., of Mobile, for appellee.

PER CURIAM.
Appeal dismissed, motion of appellant.

38 So.2d 198

**Nan COLE v. STATE.**
**6 Div. 672.**

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.